MICHAEL WALLIN, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone: 949-652-2200
Facsimile: 949-652-2210
mwallin@wallinrussell.com

Attorneys for Plaintiff
PALM SPRINGS VILLAGE-309, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS ALLEN WINDHAM,<br><br>           Debtor.<br><br>PALM SPRINGS VILLAGE-309, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>THOMAS ALLEN WINDHAM,<br><br>           Defendant. | Case No. 8:23-bk-11037-SC<br>Chapter 7<br><br>Adv. Case No. 8:23-ap-01091-SC<br><br>Assigned for all purposes to:<br>Honorable Scott Clarkson<br><br>**STATUS REPORT**<br><br><u>Status Conference</u><br>Date:  November 14, 2023<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C<br>          411 W. Fourth Street<br>          Santa Ana, CA 92701 |

-1-

1     Plaintiff Palm Springs Village-309, LLC ("Plaintiff") submits the following status report in advance of the status conference scheduled for November 14, 2023:

    Defendant Thomas Allen Windham's ("Defendant") default has been entered. By November 30, 2023, Plaintiff intends to file a motion seeking entry of a default judgment against Defendant.

    Plaintiff respectfully requests that the status conference be continued to January 2, 2024 or a date thereafter.

Dated: October 31, 2023

                                  WALLIN & RUSSELL LLP

                                  By      ***/s/ Michael Wallin***
                                           MICHAEL WALLIN
                                           Attorneys for Plaintiff
                                  PALM SPRINGS VILLAGE-309, LLC

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
26000 TOWNE CENTRE DRIVE, SUITE 130, FOOTHILL RANCH, CA 92610

A true and correct copy of the foregoing document entitled (*specify*): STATUS REPORT
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/31/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/31/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Thomas Allen Windham
28181 Via Luis
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/31/2023 | Michael Wallin | /s/ Michael Wallin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE

**SERVED VIA NOTICE OF ELECTRONIC FILING:**

- **Richard G. Heston**  rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

**SERVED VIA UNITED STATES MAIL:**

Thomas Allen Windham
28181 Via Luis
Laguna Niguel, CA 92677